UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NO. 9 PARFUME LEASEHOLD, INC., d/b/a
BOND NO. 9, and LAURICE & CO. UPTOWN,
INC., d/b/a BOND NO. 9,

                     Plaintiffs,

              -against-

VERONICA ROBLEDO and KARIN MARIA
WIDMANN, BOTH INDIVIDUALLY and
DOING BUSINESS AS CASIA ORGANICS
SOAPS AND SCENTS,

                     Defendants.
------------------------------------------------------------ X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-5-13

Case No.: 13 CV 867 (ALC)

**ORDER TO SHOW CAUSE**

Upon the annexed declaration of Jon Schuyler Brooks, executed March 4, 2013, with attached exhibits, the memorandum of law submitted in support of this motion and on all proceedings heretofore had herein, it is hereby

**ORDERED**, that defendants Veronica Robledo and Karin Maria Widmann, both individually and doing business as Casia Organics Soaps and Scents (collectively, "Defendants") show cause before this Court, at the Daniel Patrick Moynihan United States Courthouse, Room 15C, 500 Pearl Street, New York, New York 10007, on the __5__ th day of ~~March~~ April 2013, at __3:30__ o'clock in the after noon or as soon thereafter as counsel may be heard, why an order should not be issued remanding this case to the New York State Supreme Court, New York County pursuant to 28 USC §1447(c) and granting such other and further relief in Plaintiff's favor as this Court deems just and proper; and it is further

**ORDERED**, that service of this Order to Show Cause and all annexed documents upon counsel for Defendants, by this Court's ECF system on or before March __6__, 2013 shall

1198611.2

be deemed good and sufficient service thereof. Opposition papers, if any, shall be served by the Court's ECF system on or before March 20, 2013. Reply papers, if any, shall be served by the Court's ECF system on or before March 27, 2013.

Dated: New York, New York
March 5, 2013

*[signature]*
Andrew L. Carter, Jr., U.S.D.J.

- 2 -

1198611.2