UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NO. 9 PARFUME LEASEHOLD, INC., d/b/a/
BOND NO. 9 and LAURICE & CO. UPTOWN,
INC., d/b/a BOND NO. 9,

                Plaintiffs,

-v-

VERONICA ROBLEDO and KARIN MARIA
WIDMANN, BOTH INDIVIDUALLY and
DOING BUSINESS AS CASIA ORGANICS
SOAPS AND SCENTS,

                Defendants.

------------------------------------------------------------

13 Civ. 867 (ALC)

ORDER OF REMAND TO
STATE COURT

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's Order to Show Cause [Doc. No. 5] is GRANTED, and this Court hereby ORDERS that this action be immediately remanded to the Supreme Court of the State of New York, County of New York, and this file closed.

Dated: New York, New York
April 5, 2013

SO ORDERED.

Andrew L. Carter, Jr.
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-5-13